UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RAY CAPLINGER,

   Plaintiff,

-vs-                                CASE NO.:  2:17-CV-02173-JPM-TMP

ALLY FINANCIAL, INC. and
AMERICAN SUZUKI FINANCIAL
SERVICES
COMPANY, LLC.,

   Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

     Plaintiff, RAY CAPLINGER, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, RAY CAPLINGER, and Defendants, ALLY FINANCIAL, INC. and AMERICAN SUZUKI FINANCIAL SERVICES COMPANY, LLC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished via electronic filing on this 26th day of June, 2017 to all parties of record.

                              /s/ Shaughn C. Hill, Esquire
                              Shaughn C. Hill, Esquire
                              Morgan & Morgan, Tampa,  P.A.
                              One Tampa City Center
                              Tampa, FL 33602
                              Tele:  (813) 223-5505
                              Fax:  (813) 223-5402
                              shill@forthepeople.com
                              Florida Bar #:  0105998
                              Attorney for Plaintiff